UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

KATIE EDWARDS
SSAN: XXX-XX-9006

Debtor(s)

Case No. 14-31593-DHW
Chapter 13

**PURSUANT TO LBR 1017-1, THIS CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE OR HEARING, UNLESS A RESPONSE IS FILED WITH THE COURT AND SERVED UPON THE PARTY SERVING THIS NOTICE WITHIN 21 DAYS OF SERVICE.**

### TRUSTEE'S MOTION TO DISMISS

Comes now Curtis C. Reding, Chapter 13 Standing Trustee for this district, and moves the Court to dismiss the above entitled case pursuant to 11 U.S.C., §1307 (and LBR 1017-1), in that the debtor's actions have caused unreasonable delay that is prejudicial to creditors. As grounds for said motion, the Trustee states as follows:

The debtor has failed to make payments to the Trustee pursuant to the terms of the debtors Chapter 13 plan.

The debtor's payments to the Trustee are being paid as the following:

| DEBTOR NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|
| KATIE EDWARDS | 90.00 | BI-WEEKLY | 07/20/2014 |
| KATIE EDWARDS | 167.00 | BI-WEEKLY | 09/15/2014 |

The following is a list of all payments made to the Trustee within the last 180 days:

| $167.00 | 10/21/2014 | 3410 | $167.00 | 11/03/2014 | 3424 | $167.00 | 11/17/2014 | 3590 |

The debtor's overall pay record with the Trustee is 37.57%.

Dated: April 02, 2015

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: Ch13Trustee@ch13mdal.com

/s/ *Curtis C. Reding*
_____  
Curtis C. Reding  
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Motion to Dismiss on the debtor(s) and the debtor's attorney, by placing them in the United States Mail, postage prepaid, and properly addressed, or by electronic mail.

Done, this Thursday, April 2, 2015

/s/ *Curtis C. Reding*
_____  
Curtis C. Reding  
Chapter 13 Trustee