UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 14–31593
Chapter 13
Katie Edwards

    Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on May 11, 2015 at 10:00 AM

to consider and act upon the following:

*32* – Trustee's Motion to Conditionally Dismiss Case for Failure to Make Plan Payments . Responses due by 04/27/2015. (Reding, Curtis)

*33* – Objection to Trustee's Motion to Dismiss Case filed by Richard D. Shinbaum on behalf of Katie Edwards (RE: related document(s)32 Trustee's Motion to Conditionally Dismiss Case). (Shinbaum, Richard)

    Dated: April 27, 2015

    Juan–Carlos Guerrero
    Clerk, U.S. Bankruptcy Court