# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  Case No. 14−31593
Chapter 13
Katie Edwards

     Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on May 11, 2015 at 10:00 AM

to consider and act upon the following:

*32* − Trustee's Motion to Conditionally Dismiss Case for Failure to Make Plan Payments . Responses due by 04/27/2015. (Reding, Curtis)

*33* − Objection to Trustee's Motion to Dismiss Case filed by Richard D. Shinbaum on behalf of Katie Edwards (RE: related document(s)32 Trustee's Motion to Conditionally Dismiss Case). (Shinbaum, Richard)

Dated: April 27, 2015

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court

In re:                                                              Case No. 14-31593-DHW
Katie Edwards                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 1127-2      User: jmclain      Page 1 of 1      Date Rcvd: Apr 27, 2015
                           Form ID: ntchrgBK   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2015.
db         #+Katie Edwards,   3372 Lunceford Street,   Montgomery, AL 36108-4155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2015 at the address(es) listed below:
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Curtis C. Reding    trustees_office@ch13mdal.com
          Joshua C. Milam    on behalf of Debtor Katie  Edwards jmilam@smclegal.com,   smclegalecf@gmail.com
          Richard D. Shinbaum    on behalf of Debtor Katie  Edwards rshinbaum@smclegal.com,
           smclegalecf@gmail.com
                                                                                                                                                  TOTAL: 4